1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11    DR. JOHN ATTENELLO MD APC,          Case No. 2:25-cv-02258-RGK-MAA

12                 Plaintiff,             [PROPOSED] ORDER RE:
                                          DEFENDANT
13         v.                             UNITEDHEALTHCARE
                                          INSURANCE COMPANY'S
14    UNITEDHEALTHCARE                    REQUEST TO STRIKE DR.
                                          ATTENELLO'S SECOND MOTION
15    INSURANCE CO.,                      AS VIOLATIVE OF THE LOCAL
                                          RULES OR FOR LEAVE FOR
16                 Defendant.             ADDITIONAL TIME TO FILE
                                          OPPOSING BRIEF
17
                                          [25]
18

19

20         **Note: CHANGES MADE BY THE COURT**

21

22

23

24

25

26

27

28

1

The Court hereby ORDERS as follows on Defendant UnitedHealthcare
Insurance Company's Request to Strike John Attenello M.D.'s ("Dr. Attenello")
Motion to Remand (<u>Dkt. 16</u>, "Motion") as Violative of the Local Rules or for Leave
for Additional Time to File Opposing Brief ("Request"):

Defendant's Request is GRANTED.

~~Dr. Attenello's Motion is stricken from the record as violative of the Local~~
~~Rules; or~~

~~Dr. Attenello's Motion is stricken for lack of standing; or~~

Defendant's deadline to file an opposing brief to Dr. Attenello's Motion is
extended to April 17, 2025. Plaintiff's reply shall be due April 24, 2025. And the
hearing shall be reset to April 28, 2025, with the Motion taken under submission.

IT IS SO ORDERED.

Dated: _____April 15_____, 2025

_____
Hon. R. Gary Klausner
United States District Judge

2